UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY 24-1037

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | Magistrate Case No. 9278867 (Class A) |
| v. | ] | |
| AARON B. LANTZ | ] | COMPLAINT<br>Offense on a Federal Reservation |

BEFORE the **Honorable Andrea D. Bergman,** a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Alfredo N. Foster, Jr., MAJ, USA,** Special Assistant U.S. Attorney for the District of New Jersey, who, under oath charges that:

On or about the **17th day of January 2024**, at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**AARON B. LANTZ** did commit:

Possession of Firearms and Dangerous Weapons in Federal Facilities in violation of 18 USC 930.

The name of the Complainant is **Alfredo N. Foster, Jr.**

**ALFREDO N. FOSTER, JR., MAJ, USA**
**Special Assistant United States Attorney**

**SWORN TO BEFORE ME, AND SUBSCRIBED IN MY PRESENCE, JOINT BASE MCGUIRE-DIX-LAKEHURST, NEW JERSEY, ON THIS 2ND DAY OF MAY 2024.**

**HONORABLE ANDREA D. BERGMAN**
**United States Magistrate Judge**

5/2/24 NK 6/6/24

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 17 JAN Y, 20 24 while exercising my duties as a law enforcement officer in the [illegible] District of [illegible]

On 17 Jan 2024 I [illegible]
Castillo Police was
dispatched to Checkpoint 9
in reference to a discovery
of firearm/ammo report.
Spoke to MAZ Pinuelo [illegible]
who stated that he was
inspecting a potential
[illegible] GIC #
[illegible] when he
found a 9mm Smith
Springfield Armory [illegible]
with one magazine
and 20 rounds. [illegible]
Lantz Aaron was
charged with 18 USC
930 possession of firearm
and dangerous weapon
in Federal Facilities.

The foregoing statement is based upon:

my personal observation my personal investigation

X information supplied to me from my fellow officer's observation

other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 17 JAN 24 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:
Date (mm/dd/yyyy) U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident

CVB SCAN 01/30/2024 10:18